[Cite as *05/16/2003 Case Announcements #3*, 2003-Ohio-2504.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 16, 2003*

## APPEALS ACCEPTED FOR REVIEW

**2003–0427.   Gruelich v. The Hartford.**
Cuyahoga App. No. 80987, 2003-Ohio-652.
   Discretionary appeal denied on Proposition of Law No. I.TL   LUNDBERG STRATTON and O'CONNOR, JJ., dissent, would allow Proposition of Law No. I, and would hold on this proposition of law for the decision in 2003–0302 and 2003–0362, *Taylor v. Kemper Ins. Co.*, Cuyahoga App. No. 81360, 2003-Ohio-177.
   Discretionary appeal allowed on Proposition of Law No. II and cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.
   RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0446.   Workman v. Carlisle Engineered Products, Inc.**
Cuyahoga App. Nos. 81179 and 81211, 2003-Ohio-293.
   Discretionary appeal denied on Proposition of Law No. I.
   LUNDBERG STRATTON and O'CONNOR, JJ., dissent, would allow, and would hold on this proposition of law for the decision in *Taylor v. Kemper Ins. Co.*, Cuyahoga App. No. 81360, 2003-Ohio-177.
   Discretionary appeal allowed on Proposition of Law No. II and cause held for the decision in 2002–0803 and 2002–0837, *German v. Therm-O-Disc, Inc.*, Richland App. No. 01CA512, 2002-Ohio-1848; briefing schedule stayed.
   RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.
   Discretionary appeal allowed on Proposition of Law No. III and cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.
   RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

[Cite as *05/19/2003 Case Announcements,* 2003-Ohio-2526.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 19, 2003*

## MOTION AND PROCEDURAL RULINGS